IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROCHELLE DRIESSEN, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 4:16-cv-1066-O |
| INNOVATE LOAN SERVICING, et al., | § |
| Defendants. | § |

## ORDER

Before the Court is the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 32), filed August 24, 2017. The United States Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be denied without prejudice. Plaintiff has since submitted a Motion to Withdraw the Motion for Summary Judgment. Accordingly, Plaintiff's Motion to Withdraw is hereby **GRANTED** and deemed withdrawn and the Findings, Conclusions, and Recommendation are **not ADOPTED as moot**.

**SO ORDERED** on this **6th day** of **September, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE